# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   DAVID L. HOLLAND & SUSAN M. HOLLAND                       Case Number: 06-71455
         2149 MARIPOSA DRIVE                   SSN-xxx-xx-3581 & xxx-xx-8037
         ROCKFORD, IL  61108

Case filed on:   8/16/2006
Plan Confirmed on:   1/22/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,563.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | DAVID L. HOLLAND | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 7,156.27 | 7,156.00 | 1,990.20 | 962.82 |
| 002 | OPTION ONE MORTGAGE CORPORATION | 17,707.44 | 0.00 | 0.00 | 0.00 |
| 003 | WINNEBAGO COUNTY CLERK | 13,194.00 | 13,194.00 | 3,156.62 | 2,463.64 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 1,825.72 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 39,883.43 | 20,350.00 | 5,146.82 | 3,426.46 |
| 001 | FORD MOTOR CREDIT CORP | 0.00 | 0.27 | 0.00 | 0.00 |
| 003 | WINNEBAGO COUNTY CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 441.15 | 2,266.87 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 667.63 | 667.63 | 37.69 | 0.00 |
| 006 | ARIA PROCESSING SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ARNOLD LUNDGREN & ASSOCIATES, PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CROSS COUNTRY VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 469.99 | 469.99 | 0.00 | 0.00 |
| 016 | GULF STATE CREDIT, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | KEVIN L. STRING CO. L.P.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,126.37 | 1,126.37 | 0.00 | 0.00 |
| 020 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NICOR GAS | 2,866.38 | 2,866.38 | 0.00 | 0.00 |
| 022 | ORTHOPEDIC ASSOC. OF N.IL. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PEARSON PLUMBING & HEATING | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | JEFFERSON CAPITAL SYSTEMS, LLC | 869.48 | 869.48 | 0.00 | 0.00 |
| 027 | SALVATORE SPINELLI | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROUNDUP FUNDING LLC | 3,682.08 | 3,682.08 | 0.00 | 0.00 |
| 031 | ROUNDUP FUNDING LLC | 5,809.29 | 5,809.29 | 0.00 | 0.00 |
| 032 | ECAST SETTLEMENT CORPORATION | 437.69 | 437.69 | 0.00 | 0.00 |
| 033 | JEFFERSON CAPITAL SYSTEMS, LLC | 937.67 | 937.67 | 0.00 | 0.00 |
|  | Total Unsecured | 17,307.73 | 19,133.72 | 37.69 | 0.00 |
|  | Grand Total: | 59,391.16 | 41,683.72 | 7,384.51 | 3,426.46 |

Total Paid Claimant:     $10,810.97
Trustee Allowance:       $752.03              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.20              discharging the trustee and the trustee's surety from any and all
                                              liablility on account of the within proceedings, and closing the estate,
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby
                                              certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008                By  /s/Heather M. Fagan